19755. PIERCE *v.* HAYGOOD *et al.*
19773. WILLINGHAM FINANCE COMPANY, INC., *v.* PIERCE *et al.*
19776. HAYGOOD *v.* PIERCE *et al.*

HEAD, Justice. 1. Where the judge fails to certify that the "bill of exceptions is true," this court is without jurisdiction to pass upon the merits of the exceptions. Code § 6-806, as amended, Ga. L. 1946, pp. 726, 732; *Cady v. Cady,* 161 *Ga.* 556 (131 S. E. 282); *Blackley v. Bell,* 187 *Ga.* 702 (1 S. E. 2d 676); *Edge v. State,* 199 *Ga.* 431 (34 S. E. 2d 498); *Beasley v. Georgia Power Co.,* 207 *Ga.* 188 (60 S. E. 2d 363).

2. There can be no second certificate to a bill of exceptions. *Scott v. Central Railroad,* 77 *Ga.* 450; *Cordray v. Savannah Union Station Co.,* 134 *Ga.* 865 (68 S. E. 697); *Langston v. Langston,* 141 *Ga.* 675, 676 (4) (82 S. E. 36); *Grant v. Southern Bell Telephone &c. Co.,* 145 *Ga.* 298 (89 S. E. 364); *Cartledge v. Ashford,* 148 *Ga.* 589 (97 S. E. 521); *Kniepkamp v. Richards,* 192 *Ga.* 509, 515 (16 S. E. 2d 24).

3. Code § 6-810, providing for the certification of material evidence omitted from the transcript of the record, has no application to the facts of the present case, and this court is without jurisdiction to consider the main bill of exceptions. This ruling terminates the case, and the cross-bills of exceptions are therefore dismissed.

*Writs of error dismissed. All the Justices concur.*

ARGUED JULY 8, 1957—DECIDED SEPTEMBER 6, 1957.

*C. O. Baker, Gardner & Gayner, Jay D. Gardner,* for plaintiff in error (case No. 19755).

*Claud R. Caldwell, O. J. Tolnas, P. J. Smith,* contra.

*Claud R. Caldwell, O. J. Tolnas,* for plaintiff in error (case No. 19773).

*P. J. Smith, C. O. Baker,* contra.

*P. J. Smith,* for plaintiff in error (case No. 19776).

*O. J. Tolnas, C. O. Baker,* contra.